**HENNELLY & GROSSFELD LLP**
John J. Hennelly, Esq., CSB#137164
Kenneth B. Grossfeld, Esq., CSB#110641
Brian M. Englund, Esq., CSB#070753
3600 American River Drive, Suite 145
Sacramento, CA 95864-5950
Phone:   (916) 488-1000
Fax:     (916) 488-3269

Attorneys for Plaintiff, ADVANTICA, INC.,
A Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>-vs-<br><br>J. HOWARD ENGINEERING, INC.,<br><br>Defendant. | CASE NO.: C 04-02760 CRB<br><br>STIPULATION OF DISMISSAL; AND ORDER |

Defendant J. Howard Engineering, Inc. appears in this action by its attorney and stipulates with Plaintiff Advantica, Inc. as follows:

The parties have entered into a written settlement agreement effective April 12, 2005. This action may now be dismissed with prejudice, except that the Court shall retain jurisdiction to enforce this Settlement Agreement.

HENNELLY & GROSSFELD LLP

Dated: May 6, 2005          By: _____
                                 Brian M. Englund, Attorneys for
                                 Plaintiff ADVANTICA, INC., a Delaware
                                 Corporation

GCA LAW PARTNERS LLP

By: /s/ Kimberly A. Donovan

Dated: May 6, 2005

Kimberly A. Donovan
Attorneys for Defendant
J. Howard Engineering, Inc.

### ORDER

Based on the Stipulation of Dismissal, this action is hereby dismissed with prejudice, except that the Court retains jurisdiction for the purpose of enforcing the Settlement Agreement described above.

Dated: May 11, 2005

_____
Charles R. Breyer
UNITED STATES DISTRICT JUDGE

APPROVED
Charles R. Breyer

O:\CLIENTS\ADVANTICA, INC\HOWARD\PLEADINGS\STIP-DISMISSAL.wpd

STIPULATION OF DISMISSAL AND ORDER
2

## PROOF OF SERVICE

I am a citizen of the United States and am employed in the County of Sacramento; I am over the age of eighteen years and not a party to the within entitled action; my business address is 3600 American River Drive, Suite 145, Sacramento, California 95864-5950.

On May 9, 2005, I served the following:

**STIPULATION OF DISMISSAL; AND ORDER**

on the parties listed below in said action by:

✓  **(By U.S. Mail)** placing true copies thereof enclosed in a sealed envelope with first-class postage fully prepaid, in the United States mail at Sacramento, California, addressed as follows:

Kimberly A. Donovan, Esq.
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043

___  **(personal service)** by personally delivering the documents listed above to the persons listed below:

___  **(By Facsimile)** by transmitting by facsimile to the number listed below before 5:00 p.m.

___  **(By overnight delivery)** I caused a true copy of each document identified above to be sealed in an envelope to be delivered to an overnight carrier with delivery fees provided for, addressed of each addressee indicated.

_x_  **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 9, 2005, at Sacramento, California.

_____
KAREN MARTINEZ